FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 10 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FRANCISCO TINEO, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

FRONTLINE ASSET STRATEGIES, LLC,,

Defendant.

Case No. 1:18-cv-00138-WFK-SJB

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
May 1, 2018

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
(929) 575-4175
Fax: (929) 575-4195
Joseph@cml.legal
*Attorney for Plaintiff*

By: /s/ Peter G. Siachos
Peter G. Siachos, Esq.
Gordon & Rees Scully Mansukhani
18 Columbia Turnpike Suite 220
Florham Park, NJ 07932
Tel:(973) 549-2532
Fax: (973)377-1911
Psiachos@gordonrees.com
*Attorney for Defendant*

The application is ✓ granted.
SO ORDERED    denied

/s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: May 9, 2018
Brooklyn, New York